UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEONTAE WILLIAMS,

    Plaintiff,

v.                                            Case No. 3:22cv1624-LC-HTC

RICKY D. DIXON,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 11, 2022 (ECF No. 5), recommending dismissal based on Plaintiff's failure to prosecute, Plaintiff's failure to comply with Court orders, and Plaintiff's abuse of the judicial process. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

Case No. 3:22cv1624-LC-HTC

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's failure to prosecute, Plaintiff's failure to comply with Court orders, and Plaintiff's abuse of the judicial process.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 17th day of May, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**